

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR:RCH/EMR
F#: 2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2020

By ECF

The Honorable Edward R. Korman
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Brian M. Cogan
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Douglas C. Palmer
Clerk of the Court
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

>           Re:     United States v. Joaquin Guzman Loera, et al.
>                   Docket No. 09-CR-466 (BMC)
>
>                   United States v. Genaro Garcia Luna
>                   Docket No. 19-CR-576 (BMC)
>
>                   United States v. Ivan Reyes Arzate
>                   Docket No. 20-CR-30 (ERK)

Dear Judge Korman and Judge Cogan:

      Pursuant to Rules 50.3.2 and 50.4 of the Guidelines for the Division of Business Among District Judges, the government hereby provides notice that the above-referenced cases are presumptively related.  Accordingly, the government respectfully requests reassignment of United States v. Reyes Arzate, 20-CR-30, to Judge Cogan.  Reyes Arzate is presumptively related to Guzman Loera and Garcia Luna because the facts of Reyes Arzate arise out of the same criminal schemes, transactions and events as charged in Guzman Loera and Garcia Luna.

Specifically, on January 23, 2020, a grand jury sitting in the Eastern District of New York returned an indictment charging the defendant Ivan Reyes Arzate with: (i) conspiracy to distribute and possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841 and 846; (ii) cocaine importation conspiracy, in violation of Title 21, United States Code, Sections 952 and 963; and (iii) international cocaine distribution conspiracy, in violation of Title 21, United States Code, Sections 959 and 963. The charges stem from Reyes Arzate's corrupt assistance to El Seguimiento 39, a Mexican Cartel associated with the Sinaloa Cartel, the Beltran Leyva Organization ("BLO") and other Mexican Cartels. Between 2003 and 2016, the defendant was a Mexican Federal Police Officer assigned to the Sensitive Investigative Unit ("SIU"). Between 2008 and 2016, he was the SIU Commander, making him its highest-ranking officer. In that role, the defendant was the principal point of contact for information sharing between U.S. and Mexican law enforcement personnel assigned to the SIU. He routinely had contact with and worked collaboratively with DEA agents in Mexico City. In exchange for at least hundreds of thousands of dollars of bribes, he assisted Mexican cartels in funneling cocaine into the United States, including New York City.

The government expects to introduce evidence at trial establishing that Reyes Arzate provided corrupt assistance to the BLO in the mid- to late-2000s. The BLO was a faction of the Sinaloa Cartel before it split off from that Cartel and went to war against it in approximately 2008. The government presented significant evidence regarding the BLO at trial in Guzman Loera. The government expects some of the evidence regarding the BLO from Guzman Loera to overlap with the evidence in Reyes Arzate. In addition, Reyes Arzate was the SIU Commander of the Mexican Federal Police while Genaro Garcia Luna was the Secretary of Public Security, who oversaw the Mexican Federal Police. Like Reyes Arzate, the government expects to present evidence that Garcia Luna accepted bribes from the BLO. Thus, the government expects some of the evidence to overlap in Garcia Luna and Reyes Arzate. For the foregoing reasons, Reyes Arzate is thus presumptively related to Guzman Loera and Garcia Luna. The government respectfully submits that reassignment to Judge Cogan would be appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:   /s/ Michael P. Robotti
       Michael P. Robotti
       Ryan Harris
       Erin Reid
       Assistant U.S. Attorneys
       (718) 254-7000

cc: Defense Counsel (by email)