## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Cheryl Pollak          DATE :  1/24 /2020

DOCKET NUMBER:-  20-CR-30  (ERK)          LOG # :  11:12 - 11:19

DEFENDANT'S NAME :  Ivan Reyes Arzate
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:  Marc DeMarco
    ___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A:  Ryan Harris          CLERK:  SM Yuen

INTERPRETER :  Maristela Verasteghi  (Language)  Spanish

✓ Defendant arraigned on the : ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ✓ Defendant's first appearance.

  ___ Bond set at _____.  Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start  1/24   Stop  2/19/2020

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  2/19/2020 @ 2pm  before Judge  Korman

Other Rulings : _____