

U.S. Department of Justice

United States Attorney
Eastern District of New York

MPR:RCH
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

April 14, 2020

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ivan Reyes Arzate
       Criminal Docket No. 20-030 (BMC)

Dear Judge Cogan:

    The parties respectfully submit this written status update to the Court in the above-captioned matter.  In light of the COVID-19 pandemic presently affecting New York City, the parties respectfully request that the Court adjourn the upcoming status conference scheduled for April 21, 2020, for 60 days.  The parties agree that an order of excludable delay is appropriate until the next status conference, based on the Court's previous complex case designation in this matter and Administrative Order 2020-06.  Indeed, the government has recently produced to defense counsel more than 13,000 pages of discovery material, including wiretap intercepts and the defendant's statements to law enforcement officers.  The government continues the process of collecting and reviewing discovery for production to the

defendant on a rolling basis. An order of excludable delay will also permit the parties to continue engaging in plea negotiations, in an effort to resolve this case with a disposition short of trial.

                                                            Respectfully submitted,

                                                            RICHARD P. DONOGHUE
                                                            United States Attorney

                                      By:    /s/
                                                            Michael P. Robotti
                                                            Ryan Harris
                                                            Erin Reid
                                                           Assistant U.S. Attorneys
                                                           (718) 254-7000

cc:    Mark DeMarco, Esq.
       Clerk of the Court (BMC) (by ECF)