

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2020

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Ivan Reyes Arzate
                 <u>Criminal Docket No. 20-030 (BMC)</u>

Dear Judge Cogan:

        The parties respectfully submit this written status update to the Court in the above-captioned matter. In light of the COVID-19 pandemic presently affecting New York City, the parties respectfully request that the Court adjourn the upcoming status conference scheduled for June 23, 2020, for 60 days. The parties agree that an order of excludable delay is appropriate until the next status conference, based on the Court's previous complex case designation in this matter and Administrative Order 2020-20. The government has continued the process of collecting and reviewing discovery for production to the defendant on a rolling basis and has, to date, produced more than 13,000 pages of discovery material to the defendant. The parties do, however, continue to face delays in preparing for trial in this case, in light of the pandemic, including limitations on the government's ability to collect additional discovery materials for disclosure and meet with incarcerated witnesses, as well as limitations on defense

counsel's ability to meet with the defendant.  An order of excludable delay will also permit the parties to continue engaging in plea negotiations, in an effort to resolve this case with a disposition short of trial.

                                                                Respectfully submitted,

                                                                RICHARD P. DONOGHUE
                                                                United States Attorney

                                   By:    /s/
                                                                Michael P. Robotti
                                                                Ryan Harris
                                                                Erin Reid
                                                               Assistant U.S. Attorneys
                                                              (718) 254-7000

cc:     Mark DeMarco, Esq.
        Clerk of the Court (BMC) (by ECF)