

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2020

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Ivan Reyes Arzate
                  Criminal Docket No. 20-030 (BMC)

Dear Judge Cogan:

        The parties respectfully submit this written status update to the Court in the above-captioned matter. In light of the COVID-19 pandemic continuing to affect New York City, the parties respectfully request that the Court adjourn the upcoming status conference scheduled for November 18, 2020, for 60 days. The parties agree that an order of excludable delay is appropriate until the next status conference, based on the Court's previous complex case designation in this matter and the party's ongoing plea negotiations. The government has continued the process of collecting and reviewing discovery for production to the defendant on a rolling basis, including, most recently, a voluminous production of intercepted electronic communications on November 12, 2020. The parties do, however, continue to face delays in preparing for trial in this case, in light of the pandemic, including limitations on defense counsel's ability to meet with the defendant and review the discovery materials, as well as the government's ability to continue collecting discovery materials for disclosure and meet with incarcerated witnesses.

An order of excludable delay will also permit the parties to continue engaging in plea negotiations, in an effort to resolve this case with a disposition short of trial.

                                        Respectfully submitted,

                                        SETH D. DuCHARME  
                                        Acting United States Attorney

By:    /s/  
        Michael P. Robotti  
        Ryan Harris  
        Erin Reid  
        Assistant U.S. Attorneys  
        (718) 254-7000

cc:    Mark DeMarco, Esq.  
       Clerk of the Court (BMC) (by ECF)