UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                             20-CR-30 (BMC)

IVAN REYES ARZATE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Erin Reid from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Erin Reid
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6361
    Fax:  (718) 254-6321
    Email: Erin.Reid@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Erin Reid at the email address set forth above.

Dated: Brooklyn, New York
November 13, 2020

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By: /s/ Erin Reid
Erin Reid
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)