U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

RCH
F. #2019R00927

March 11, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Ivan Reyes Arzate
              Criminal Docket No. 20-030 (BMC)

Dear Judge Cogan:

      The parties respectfully write in advance of the status conference scheduled in this matter for March 31, 2021. Because the Metropolitan Correction Center, where the defendant is housed, currently can only produce defendants for videoconferences or teleconferences on Tuesdays or Thursdays, the parties respectfully request that the status conference, which is currently scheduled for a Wednesday, be adjourned to April 8, 2021 at 12:00 p.m. The parties further agree that an order of excludable delay is appropriate here, based on the Court's previous complex case designation in this matter and the party's ongoing plea negotiations to resolve this this case with a disposition short of trial.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/
      Michael P. Robotti
      Ryan Harris
      Erin Reid
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Mark DeMarco, Esq.
      Clerk of the Court (BMC) (by ECF)