**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

RCH
F. #2019R00927

June 8, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Ivan Reyes Arzate
                Criminal Docket No. 20-030 (BMC)

Dear Judge Cogan:

      The parties respectfully submit this written status update to the Court in the above-captioned matter and to respectfully request that the Court adjourn the upcoming status conference scheduled for June 16, 2021, for 60 days. During the past two months, the parties have been engaged in productive plea negotiations and have made some progress in reaching an agreement to resolve the above-captioned case with a disposition short of trial. The parties respectfully request that the Court adjourn the status conference scheduled for June 16, 2021, for a period of 60 days to permit the parties continue their efforts on plea negotiations and for the defendant and defense counsel to review a proposed plea agreement from the government. Further, the parties agree that an order of excludable delay is appropriate here, based on the Court's previous complex case designation in this matter and the party's ongoing plea negotiations.

                                                        Respectfully submitted,

                                                        MARK J. LESKO
                                                        Acting United States Attorney

                       By:    /s/
                              Ryan C. Harris
                              Phillip Pilmar
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Mark DeMarco, Esq.
         Clerk of the Court (BMC) (by ECF)