

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:CSK
F. #2019R01700/OCDETF#NY-NYE-876-Z

271 Cadman Plaza East
Brooklyn, New York 11201

December 29, 2021

<u>By ECF</u>
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v Ivan Reyes-Arzate
   Criminal Docket No. 20-30 (BMC)</u>

Dear Judge Cogan:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Ivan Reyes-Arzate, has agreed to in connection with his guilty plea accepted by Your Honor on October 19, 2021. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By: _____
      Claire S. Kedeshian
      Assistant U.S. Attorney
      (718) 254- 6051

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)