**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

United States v.

Ivan Reyes Arzate

Docket No.: 20 CR 030

Hon. Brian M. Cogan
(District Court Judge)

Notice is hereby given that __Ivan Reyes Arzate__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify)

entered in this action on __Feb. 9, 2022__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✔]   No [ ]   N/A [ ]

Date of sentence: __Feb. 9, 2022__   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Mark S. DeMarco

Counsel's Address: 3867 East Tremont Avenue
Bronx, NY  10465

Counsel's Phone: 718-239-7070

Assistant U.S. Attorney: Philip Pilmar

AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY  11201

AUSA's Phone: 718-254-6106

*Mark S. DeMarco*
Signature